| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crawford, Karen S. | U.S. District Court, Southern District of California | 12/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1010
San Diego, Ca. 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Wallace Chapter, American Inn of Court |
| 2. | Member, Immediate Past President, Executive Board | Welsh Chapter, American Inn of Court |
| 3. | Member | Council of Visitors, California Western School of Law |
| 4. | Trustee | Trust No. 1 |
| 5. | Trustee | Trust No. 2 |
| 6. | Trustee | Trust Nos. 3, 4 |
| 7. | Custodian | Custodial Accounts, Nos. 1, 2 |
| 8. | Board of Governors | Association of Business Trial Lawyers ("ABTL") |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust Acct. No. 1 (Vanguard) | | | | | | | | | |
| 2. - Ca. Municipal Money Market Fund | G | Distribution | M | T | | | | | |
| 3. - Prime Money Mkt. Fund (Y) | | None | | | | | | | |
| 4. - Total International Stock 1x Admiral (Y) | | None | | | | | | | |
| 5. - Total Stock Market Index Admiral (Y) | | None | | | | | | | |
| 6. | | | | | | | | | |
| 7. Trust Acct. No. 2 (Vanguard) | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. - Ca. Municipal Money Market Fund | F | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. Trust Acct. No. 3 (Y) | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. Trust Acct. No. 4 (Y) | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. Custodial Acct. No. 1 (American Funds) | | | | | | | | | |
| 16. - Money Market Fund-529A | | None | | | Distributed | 02/24/17 | J | | |
| 17. - Bond Fund of America-529A | | None | | | Distributed | 07/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Capital World Growth and Income Fund-529A | D | Interest | L | T | | | | | |
| 19. - Growth Fund of America-529A | C | Interest | K | T | | | | | |
| 20. - Income Fund of America-529A | A | Interest | J | T | | | | | |
| 21. - Intermediate Bond Fund of America-529A | | None | | | Distributed | 07/01/15 | J | | |
| 22. - Investment Co. of America-529A | D | Interest | K | T | | | | | |
| 23. - New Perspective Fund-529A | B | Interest | K | T | | | | | |
| 24. - New World Fund-529A | A | Interest | J | T | | | | | |
| 25. - SMALLCAP World Fund-529A | C | Interest | J | T | | | | | |
| 26. - Washington Mutual Investors Fund- 529A | A | Interest | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. Custodial Acct. No. 2 (American Funds) | | | | | | | | | |
| 29. - The Growth Fund of America-529A | | None | | T | Distributed | 08/25/17 | | | |
| 30. - New Perspective Fund-529A | D | Interest | K | T | | | | | |
| 31. - New World Fund-529A | | None | | | Distributed | 08/25/17 | | | |
| 32. - SMALLCAP World Fund-529A | | None | | | Distributed | 08/25/17 | | | |
| 33. - Investment Co. of America-529A | | None | | | Distributed | 08/25/17 | | | |
| 34. - Capital World Growth and Income-529A | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Ca. Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 37. | | | | | | | | | |
| 38. Retirement Acct. IRA No. 1 (TIAA/CREF) | | | | | | | | | |
| 39. - TIAA/CREF Traditional | C | Interest | L | T | | | | | |
| 40. - CREF/CREF Global Equities | C | Interest | L | T | | | | | |
| 41. | | | | | | | | | |
| 42. Retirement Acct. IRA No. 2 (Schwab) | | | | | | | | | |
| 43. - Dodge & Cox Balanced | | None | | | Sold | 12/12/17 | | | |
| 44. - TIAA CREF Lifecycle 2020 Institution | C | Interest | N | T | Buy | 12/12/17 | | | |
| 45. | | | | | | | | | |
| 46. Retirement Acct. IRA No. 3 (Schwab) | | | | | | | | | |
| 47. - Hotchkis & Wiley Large Cap Value I | | None | | | Sold | 04/26/17 | | | |
| 48. - DFA US Large Cap Value I | A | Interest | L | T | Buy | 04/26/17 | | | |
| 49. - DFA International Large Cap Growth | | None | J | T | Buy | | | | |
| 50. - First Eagle Overseas I | E | Interest | K | | | | | | |
| 51. - Schwab Retirement Govt. Money | D | Interest | J | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Schwab Value Advantage Money Ultra (Y) | | None | | | | | | | |
| 53.   - Janus I | | None | | | Sold | 04/26/17 | | | |
| 54.   - Schwab Institutional Large Cap Value | A | Interest | L | T | Buy | 04/26/17 | | | |
| 55.   - William Blair Large Cap Growth I | C | Interest | K | T | | | | | |
| 56.   - Turner Large Growth Institutional (Y) | | | | | | | | | |
| 57.   - Baron Growth Institutional | | None | | | Sold | 04/26/17 | | | |
| 58.   - DFA Small Cap | A | Interest | J | T | Buy | 04/26/17 | | | |
| 59.   - Schwab Institutional Large Cap Value | A | Interest | K | T | Buy | 04/26/17 | | | |
| 60.   - Ivy Mid Cap Growth I | C | Interest | J | T | | | | | |
| 61.   - Royce Opportunity Instl. | D | Interest | K | T | | | | | |
| 62.   - Dodge & Cox Balanced | C | Interest | K | T | | | | | |
| 63.   - BlackRock Low Duration Bond Instl. | A | Interest | K | T | | | | | |
| 64.   - Metro. West Total Return Bond | A | Interest | J | T | | | | | |
| 65. | | | | | | | | | |
| 66.   Retirement Acct. IRA No. 4 (UBS) | | | | | | | | | |
| 67.   - Checking Acct. (UBS) | A | Interest | J | T | | | | | |
| 68.   - S&P 500 TR Index (UBS) | | None | | | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Russell 2000 TR USD Index (UBS) | | None | | | Closed | | | | |
| 70. | | | | | | | | | |
| 71. Mass. Mutual Life Exec Group Life, Strategic Group Universal Life Ins. | B | Interest | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Chase Cash Acct. | | None | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Brokerage Account #12 (Bernstein) (X) (H) | | | | | | | | | |
| 76. - Cash (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 77. - Bernstein Diversified Municipal Portfolio (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 78. - Small/Mid-Cap Equity (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 79. -- AB Discovery Value Fund (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 80. -- AB Discovery Growth Fund Advisor CL (X) | | None | | | Sold | 06/06/17 | | | |
| 81. -- AB Small Cap Core Portfoloio SDV CL (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 82. - Equities (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 83. - Tax Managed International Portfolio (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 84. -- Bernstein Tax Managed International Portfolio (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 85. - Emerging Market Funds (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Bernstien Emerging Markets Portfolio (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 87. - Dynamic Asset Allocation Overlay (Bernstein) (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 88. -- Tax-Aware Overlay A Portfolio (X) (H) | | None | | | Sold | 06/06/17 | | | |
| 89. -- Tax-Aware Overlay B Portfolio (X) (B) | | None | | | Sold | 06/06/17 | | | |
| 90. | | | | | | | | | |
| 91. Brokerage Account #1 (H) | | | | | | | | | |
| 92. -GOOG ALPHABET INC | | None | K | T | Buy | 01/30/17 | J | | |
| 93. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 94. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | Buy (add'l) | 04/13/17 | J | | |
| 95. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | K | T | | | | | |
| 96. -CHK CHESAPEAKE ENERGY | | None | | | Buy (add'l) | 03/02/17 | J | | |
| 97. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 98. | | | | | Sold (part) | 11/28/17 | J | | |
| 99. | | | | | Sold | 12/21/17 | J | | |
| 100. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 101. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | J | T | | | | | |
| 102. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 104.  -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 105.  -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 106.  -MKL MARKEL CP COM | | None | J | T | | | | | |
| 107.  -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |
| 108.  -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 109.  -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 110.  -TRRSF Trisura Group Ltd | A | Dividend | J | T | Spinoff (from line 5) | 06/22/17 | J | | |
| 111.  -YUM Yum Brands | A | Dividend | J | T | | | | | |
| 112.  YUMC Yum China Holdings Inc. | A | Dividend | J | T | | | | | |
| 113.  Brokerage Account #2 (H) | | | | | | | | | |
| 114.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | Buy | 04/03/17 | J | | |
| 115.  -IVV IShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 11/06/17 | J | | |
| 116. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 117.  Brokerage Account #3 (H) | | | | | | | | | |
| 118.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Sold | 04/03/17 | J | | |
| 119.  Brokerage Account #4 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -GOOG ALPHABET INC | | None | K | T | Buy | 01/30/17 | J | | |
| 121. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 122. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | Buy (add'l) | 04/13/17 | J | | |
| 123. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 124. -CHK CHESAPEAKE ENERGY | | None | | | Buy (add'l) | 03/02/17 | J | | |
| 125. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 126. | | | | | Sold (part) | 11/28/17 | J | | |
| 127. | | | | | Sold | 12/21/17 | J | | |
| 128. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 129. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | J | T | | | | | |
| 130. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 131. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 132. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 133. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 134. -MKL MARKEL CP COM | | None | J | T | | | | | |
| 135. -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |
| 136. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 138. -TRRSF Trisura Group Ltd | A | Dividend | J | T | Spinoff (from line 30) | 06/22/17 | J | | |
| 139. -YUM YUM BRANDS | A | Dividend | J | T | | | | | |
| 140. YUMC Yum China Holdings Inc. | A | Dividend | J | T | | | | | |
| 141. Brokerage Account #5 (H) | | | | | | | | | |
| 142. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | | | | | |
| 143. -SPY SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 144. Brokerage Account #7 (H) | | | | | | | | | |
| 145. -MO ALTRIA GROUP INC | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 146. -ADBE ADOBE SYSTEMS INC | | None | | | Buy | 11/03/17 | J | | |
| 147. | | | | | Sold | 11/13/17 | J | A | |
| 148. -AET AETNA US HEALTHCARE | | None | | | Buy | 11/03/17 | J | | |
| 149. | | | | | Sold | 11/15/17 | J | A | |
| 150. -ALXN ALEXION PHARMACEUTICALS | | None | | | Buy | 11/03/17 | J | | |
| 151. | | | | | Sold | 11/15/17 | J | | |
| 152. -ABYSX AllianceBernstein Discovery Value | | None | | | Buy | 11/03/17 | J | | |
| 153. | | | | | Sold | 11/13/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -CHCYX AllianceBernstein Discovery Growth ADV (X) | | None | | | Buy | 11/03/17 | J | | |
| 155. | | | | | Sold | 11/13/17 | J | B | |
| 156. -ALL ALLSTATE CORP | | None | | | Buy | 11/03/17 | J | | |
| 157. | | | | | Sold | 11/13/17 | J | A | |
| 158. -GOOG ALPHABET INC | | None | L | T | Buy | 11/03/17 | L | | |
| 159. -AEP AMERICAN ELEC PWR INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 160. | | | | | Sold | 11/13/17 | J | A | |
| 161. -AIG AMERICAN INTL GROUP INC | | None | | | Buy | 11/03/17 | J | | |
| 162. | | | | | Sold | 11/15/17 | J | A | |
| 163. -AAPL Apple Inc. | B | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 164. -AMAT $FZC: APPLIED MATERIALS INC | | None | | | Buy | 11/03/17 | J | | |
| 165. | | | | | Sold | 11/13/17 | J | A | |
| 166. -BAC BANK OF AMERICA | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 167. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | O | T | Sold (part) | 03/22/17 | J | D | |
| 168. | | | | | Buy (add'l) | 11/03/17 | N | | |
| 169. -BIIB $FZC: BIOGEN INC | | None | | | Buy | 11/03/17 | J | | |
| 170. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -BIVV BIOVERATIV INC | | None | | | Buy | 11/03/17 | J | | |
| 172. | | | | | Sold | 11/13/17 | J | A | |
| 173. -BAM BROOKFIELD ASSET MGMT | B | Dividend | N | T | Sold (part) | 01/20/17 | J | C | |
| 174. | | | | | Buy (add'l) | 11/03/17 | N | | |
| 175. -COF CAPITAL ONE FINL CORP | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 176. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 177. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 178. -CHK CHESAPEAKE ENERGY | | None | J | T | Buy (add'l) | 03/07/17 | K | | |
| 179. | | | | | Buy (add'l) | 11/03/17 | K | | |
| 180. | | | | | Sold (part) | 11/06/17 | J | | |
| 181. | | | | | Sold (part) | 11/09/17 | J | | |
| 182. | | | | | Sold (part) | 11/27/17 | J | | |
| 183. | | | | | Sold (part) | 12/11/17 | J | | |
| 184. | | | | | Sold (part) | 12/21/17 | K | A | |
| 185. -CI CIGNA CORP | | None | | | Buy | 11/03/17 | J | | |
| 186. | | | | | Sold | 11/16/17 | J | A | |
| 187. -CSCO CISCO SYSTEMS INC | | None | | | Buy | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/14/17 | J | A | |
| 189.  -CKH Seacor Holdings Inc Com | | None | K | T | Buy (add'l) | 11/03/17 | K | | |
| 190.  -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 191.  -CMCSA COMCAST CORP | | None | | | Buy | 11/03/17 | J | | |
| 192. | | | | | Sold | 11/13/17 | J | A | |
| 193.  -CNDT CONDUENT INC | | None | | | Buy | 11/03/17 | J | | |
| 194. | | | | | Sold | 11/13/17 | J | | |
| 195.  -COST COSTCO WHOLESALE | | None | | | Buy | 11/03/17 | J | | |
| 196. | | | | | Sold | 11/13/17 | J | A | |
| 197.  -CVS CVS HEALTH CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 198. | | | | | Sold | 11/15/17 | J | | |
| 199.  -DAL DELTA AIRLINES | | None | | | Buy | 11/03/17 | J | | |
| 200. | | | | | Sold | 11/15/17 | J | A | |
| 201.  -DFS DISCOVER FINL SVCS | | None | | | Buy | 11/03/17 | J | | |
| 202. | | | | | Sold | 11/13/17 | J | A | |
| 203.  -DG DOLLAR GENERAL | | None | | | Buy | 11/03/17 | J | | |
| 204. | | | | | Sold | 11/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -DHR DANAHER CORP | | None | | | Buy | 11/03/17 | J | | |
| 206. | | | | | Sold | 11/13/17 | J | A | |
| 207.  -DVN DEVON ENERGY | | None | | | Buy | 11/03/17 | J | | |
| 208. | | | | | Sold | 11/15/17 | J | | |
| 209.  -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS (X) | A | Dividend | M | T | | | | | |
| 210.  -DWDP DOWDUPONT INC | | None | | | Buy | 11/03/17 | J | | |
| 211. | | | | | Sold | 11/15/17 | J | A | |
| 212.  -DPS DR PEPPER SNAPPLE GROUP | | None | | | Buy | 11/03/17 | J | | |
| 213. | | | | | Sold | 11/13/17 | J | | |
| 214.  -DXC DXC TECHNOLOGY | | None | | | Buy | 11/03/17 | J | | |
| 215. | | | | | Sold | 11/13/17 | J | A | |
| 216.  -ETN Eaton Corp Plc Ord (X) | A | Dividend | | | Buy | 11/03/17 | J | | |
| 217. | | | | | Sold | 11/13/17 | J | A | |
| 218.  -EBAY EBAY INC | | None | | | Buy | 11/03/17 | J | | |
| 219. | | | | | Sold | 11/13/17 | J | A | |
| 220.  -EIX EDISON INTERNATIONAL | | None | | | Buy | 11/03/17 | J | | |
| 221. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -EW EDWARDS LIFE SCIENCES | | None | | | Buy | 11/03/17 | J | | |
| 223. | | | | | Sold | 11/13/17 | J | A | |
| 224. -EOG EOG RESOURCES | | None | J | T | Buy | 11/13/17 | J | | |
| 225. -EL ESTEE LAUDER COMPANIES | | None | | | Buy | 11/03/17 | J | | |
| 226. | | | | | Sold | 11/13/17 | J | A | |
| 227. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | Sold (part) | 12/01/17 | J | A | |
| 228. -FB Facebook | | None | J | T | Buy | 11/03/17 | J | | |
| 229. -FRFHF FAIRFAX FNL HLDGS | | None | K | T | Buy | 03/10/17 | K | | |
| 230. -FISV FISERV INC | | None | | | Buy | 11/03/17 | J | | |
| 231. | | | | | Sold | 11/13/17 | J | A | |
| 232. -FCEA FOREST CITY (X) ENTERPRISES I | B | Dividend | K | T | Sold (part) | 05/25/17 | J | B | |
| 233. | | | | | Buy (add'l) | 11/03/17 | M | | |
| 234. -FTV FORTIVE CORP | | None | | | Buy | 11/03/17 | J | | |
| 235. | | | | | Sold | 11/13/17 | J | A | |
| 236. -GE GENERAL ELECTRIC CO | B | Dividend | K | T | Buy (add'l) | 11/03/17 | K | | |
| 237. | | | | | Sold (part) | 12/21/17 | K | | |
| 238. -GILD Gilead Sciences Inc (X) | | None | | | Buy | 11/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/15/17 | J | | |
| 240. -HD HOME DEPOT INC | | None | | | Buy | 11/03/17 | J | | |
| 241. | | | | | Sold | 11/13/17 | J | A | |
| 242. -HES HESS CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 243. | | | | | Sold | 11/16/17 | J | | |
| 244. -HON HONEYWELL INTERNATIONAL | | None | | | Buy | 11/03/17 | J | | |
| 245. | | | | | Sold | 11/13/17 | J | A | |
| 246. -HP HELMERICH & PAYNE INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 247. | | | | | Sold | 11/16/17 | J | | |
| 248. -HPE HEWLETT PACKARD ENTERPRISE | | None | | | Buy | 11/03/17 | J | | |
| 249. | | | | | Sold | 11/15/17 | J | | |
| 250. -HPQ HP INC | | None | | | Buy | 11/03/17 | J | | |
| 251. | | | | | Sold | 11/13/17 | J | A | |
| 252. -IBM INTL BUSINESS MACHINES | A | Dividend | | | Buy | 11/03/17 | J | | |
| 253. | | | | | Sold | 11/14/17 | J | | |
| 254. -INTC INTEL CORP | A | Dividend | | | Buy | 11/03/17 | J | | |
| 255. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -ISRG INTUITIVE SURGICAL | | None | | | Buy | 11/03/17 | J | | |
| 257. | | | | | Sold | 11/13/17 | J | A | |
| 258. -IVV Ishares Core S&P 500 | B | Dividend | | | Buy | 11/13/17 | M | | |
| 259. | | | | | Buy (add'l) | 11/14/17 | K | | |
| 260. | | | | | Buy (add'l) | 11/15/17 | L | | |
| 261. | | | | | Buy (add'l) | 12/01/17 | M | | |
| 262. | | | | | Buy (add'l) | 12/26/17 | K | | |
| 263. -JNJ JOHNSON & JOHNSON | | None | | | Buy | 11/03/17 | J | | |
| 264. | | | | | Sold | 11/14/17 | J | A | |
| 265. -KMB KIMBERLY CLARK | | None | | | Buy | 11/13/17 | J | | |
| 266. | | | | | Sold | 11/13/17 | J | | |
| 267. -KR KROGER CO | | None | | | Buy | 11/03/17 | J | | |
| 268. | | | | | Sold | 11/13/17 | J | | |
| 269. -CKHUY CK Hutchinson Holdings (X) | | None | J | T | Sold (part) | 03/22/17 | J | | |
| 270. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 271. -LUK LEUCADIA NATL CORP | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 272. -L LOEWS CORPORATION | A | Dividend | M | T | Buy (add'l) | 11/03/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -LLL L3 TECHNOLOGIES | | None | | | Buy | 11/03/17 | J | | |
| 274. | | | | | Sold | 11/13/17 | J | A | |
| 275. -LPG DORIAN LPG LTD | A | Dividend | J | T | | | | | |
| 276. -LYB LYONDELLBASELL Industries | | None | | | Buy | 11/03/17 | J | | |
| 277. | | | | | Sold | 11/14/17 | J | A | |
| 278. -MKL MARKEL CP COM | | None | M | T | Buy (add'l) | 11/03/17 | L | | |
| 279. -MCD MCDONALDS CORP | | None | | | Sold | 01/27/17 | K | D | |
| 280. -MCK MCKESSON CORP | | None | | | Buy | 11/03/17 | J | | |
| 281. | | | | | Sold | 11/15/17 | J | | |
| 282. -MDT Medtronic PLC Com | | | | | Buy | 11/03/17 | J | | |
| 283. | | | | | Sold | 11/15/17 | J | | |
| 284. -MFGP MICRO FOCUS INTERNATIONAL PLC | | None | | | Buy | 11/03/17 | J | | |
| 285. | | | | | Sold | 11/14/17 | J | | |
| 286. -MGA MAGNA INTL INC | | None | | | Buy | 11/03/17 | J | | |
| 287. | | | | | Sold | 11/13/17 | J | A | |
| 288. -MRK MERCK & CO INC | | None | | | Buy | 11/03/17 | J | | |
| 289. | | | | | Sold | 11/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -MSFT Microsoft Corporation | D | Dividend | N | T | Buy (add'l) | 11/03/17 | L | | |
| 291. -NI Nisource Inc | | None | | | Buy | 11/03/17 | J | | |
| 292. | | | | | Sold | 11/13/17 | J | A | |
| 293. -NKE Nike Inc | | None | | | Buy | 11/03/17 | J | | |
| 294. | | | | | Sold | 11/14/17 | J | | |
| 295. -NLSN Nielsen Holdings PLC | | None | | | Buy | 11/03/17 | J | | |
| 296. | | | | | Sold | 11/14/17 | J | | |
| 297. -NOC Northrop Grumman Corp | | None | | | Buy | 11/03/17 | J | | |
| 298. | | | | | Sold | 11/16/17 | J | A | |
| 299. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 300. | | | | | Sold (part) | 12/13/17 | K | C | |
| 301. -OMF ONEMAIN HOLDINGS | | None | | | Buy | 11/03/17 | J | | |
| 302. | | | | | Sold | 11/15/17 | J | A | |
| 303. -ORCL ORACLE CORP | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 304. -OSK OSKOSH CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 305. | | | | | Sold | 11/13/17 | J | A | |
| 306. -PANW PALO ALTO NETWORKS | | None | | | Buy | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 11/14/17 | J | A | |
| 308. -PEP PEPSICO INC | | None | | | Buy | 11/03/17 | J | | |
| 309. | | | | | Sold | 11/13/17 | J | A | |
| 310. -PFE PFIZER INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 311. | | | | | Sold | 11/13/17 | J | | |
| 312. -PGR PROGRESSIVE CORP OHIO | | None | | | Buy | 11/03/17 | J | | |
| 313. | | | | | Sold | 11/13/17 | J | A | |
| 314. -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 315. -PXD Pioneer Natural Resources Company | A | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 316. -ROST ROSS STORES INC | | None | | | Buy | 11/03/17 | J | | |
| 317. | | | | | Sold | 11/14/17 | J | A | |
| 318. -SBUX STARBUCKS CORP | | None | | | Buy | 11/03/17 | J | | |
| 319. | | | | | Sold | 11/14/17 | J | A | |
| 320. -SEE SEALED AIR CORP | | None | | | Buy | 11/03/17 | J | | |
| 321. | | | | | Sold | 11/13/17 | J | | |
| 322. -SLB SCHLUMBERGER LTD | | None | | | Buy | 11/03/17 | J | | |
| 323. | | | | | Sold | 11/16/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -SMHI SEACOR MARINE HLDGS INC | A | Dividend | J | T | Spinoff (from line 89) | 11/03/17 | J | | |
| 325. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 326. -SU Suncor Energy Inc. Com | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 327. -SYF SYNCHRONY FINL COM | A | Dividend | | | Buy | 11/03/17 | J | | |
| 328. | | | | | Sold | 11/16/17 | J | A | |
| 329. -TMUS T-MOBILE US INC | | None | | | Buy | 11/03/17 | J | | |
| 330. | | | | | Sold | 11/14/17 | J | A | |
| 331. -TRRSF Trisura Group LTD | A | Dividend | J | T | Spinoff (from line 73) | 06/22/17 | J | | |
| 332. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 333. -TSN TYSON FOODS INC | | None | | | Buy | 11/03/17 | J | | |
| 334. | | | | | Sold | 11/13/17 | J | A | |
| 335. -TXN TEXAS INSTRUMENTS INC | | None | | | Buy | 11/03/17 | J | | |
| 336. | | | | | Sold | 11/13/17 | J | A | |
| 337. -UNH UNITEDHEALTH GROUP INC | | None | | | Buy | 11/03/17 | J | | |
| 338. | | | | | Sold | 11/13/17 | J | A | |
| 339. -USB US BANCORP | | None | | | Buy | 11/03/17 | J | | |
| 340. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -UTX UNITED TECH CORP | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 342. -V VISA INC | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 343. -VZ VERIZON COMMUNICATIONS | | None | | | Buy | 11/03/17 | J | | |
| 344. | | | | | Sold | 11/15/17 | J | | |
| 345. -DIS WALT DISNEY CO | | None | | | Buy | 11/03/17 | J | | |
| 346. | | | | | Sold | 11/15/17 | J | A | |
| 347. -WFC WELLS FARGO & CO | A | Dividend | | | Buy | 11/03/17 | J | | |
| 348. | | | | | Sold | 11/13/17 | J | A | |
| 349. -XLNX XILINX INC | | None | | | Buy | 11/03/17 | J | | |
| 350. | | | | | Sold | 11/13/17 | J | A | |
| 351. -XRX XEROX CORP | | None | | | Buy | 11/03/17 | J | | |
| 352. | | | | | Sold | 11/14/17 | J | A | |
| 353. -YUM YUM BRANDS | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 354. -YUMC Yum China Holdings Inc. | | None | K | T | Buy (add'l) | 11/03/17 | K | | |
| 355. Brokerage Account #8 | | | | | | | | | |
| 356. -GOOG Alphabet Inc Class C | | None | | | Buy | 01/27/17 | K | | |
| 357. | | | | | Sold | 11/03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -MO ALTRIA GROUP INC | A | Dividend | | | Sold | 11/03/17 | J | | |
| 359. -AAPL Apple Inc. | A | Dividend | | | Sold | 11/03/17 | L | | |
| 360. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | | | Sold | 11/03/17 | N | | |
| 361. -BAM BROOKFIELD ASSET MGMT INC COM | C | Dividend | | | Sold | 11/03/17 | N | | |
| 362. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Sold | 11/06/17 | P1 | | |
| 363. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | | | Sold (part) | 03/01/17 | J | B | |
| 364. | | | | | Sold | 11/03/17 | J | | |
| 365. -CHK Chesapeake Energy Corp Com | | None | | | Buy (add'l) | 03/02/17 | K | | |
| 366. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 367. | | | | | Sold | 11/03/17 | K | | |
| 368. -CKH Seacor Holdings Inc Com | | None | | | Sold | 11/03/17 | K | | |
| 369. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | | | Sold | 11/03/17 | L | | |
| 370. -FCEA FOREST CITY ENTERPRISES I | B | Dividend | | | Sold | 11/03/17 | M | | |
| 371. -GE GENERAL ELECTRIC CO | B | Dividend | | | Sold | 11/03/17 | K | | |
| 372. -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | | | Sold | 11/03/17 | J | | |
| 373. -LUK LEUCADIA NATL CORP | A | Dividend | | | Sold | 11/03/17 | K | | |
| 374. -L LOEWS CORPORATION | A | Dividend | | | Sold (part) | 10/19/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Sold | 11/03/17 | M | | |
| 376. -MKL MARKEL CP COM | | None | | | Sold | 11/03/17 | L | | |
| 377. -MCD McDonalds Corp Com | | None | | | Sold | 01/27/17 | K | D | |
| 378. -MSFT Microsoft Corporation | B | Dividend | | | Sold (part) | 08/16/17 | J | C | |
| 379. | | | | | Sold | 11/03/17 | L | | |
| 380. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | | | Sold | 11/03/17 | L | | |
| 381. -ORCL Oracle Corp Com | A | Dividend | | | Sold | 11/03/17 | K | | |
| 382. -PM PHILIP MORRIS INTL COM | A | Dividend | | | Sold | 11/03/17 | J | | |
| 383. -PXD Pioneer Natural Resources Compa | A | Dividend | | | Sold | 11/03/17 | L | | |
| 384. -SMHI Seacor Marine Holdings Inc. | A | Dividend | | | Spinoff (from line 98) | 06/02/17 | J | | |
| 385. | | | | | Sold | 11/03/17 | J | | |
| 386. -SU Suncor Energy Inc. Com (previously COSWF, acquired by SU 3/24/16) | A | Dividend | | | Sold (part) | 04/05/17 | J | | |
| 387. | | | | | Sold | 11/03/17 | J | | |
| 388. -TRRSF Trisura Group LTD | A | Dividend | | | Spinoff (from line 91) | 06/22/17 | J | | |
| 389. | | | | | Sold | 11/03/17 | J | | |
| 390. -YUM YUM BRANDS | A | Dividend | | | Sold | 11/03/17 | K | | |
| 391. -YUMC Yum China Holdings Inc. | | None | | | Sold | 11/03/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Brokerage Account #9 | | | | | | | | | |
| 393. -GOOG Alphabet Inc Class C | | None | M | T | Buy | 03/21/17 | J | | |
| 394. | | | | | Buy (add'l) | 03/23/17 | K | | |
| 395. | | | | | Buy (add'l) | 06/26/17 | K | | |
| 396. | | | | | Buy (add'l) | 06/27/17 | K | | |
| 397. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 398. | | | | | Buy (add'l) | 07/25/17 | K | | |
| 399. -AAPL Apple Inc. | B | Dividend | M | T | | | | | |
| 400. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | N | T | Buy (add'l) | 04/13/17 | K | | |
| 401. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | N | T | | | | | |
| 402. -CHK Chesapeake Energy Corp Com | | None | K | T | Buy (add'l) | 03/20/17 | J | | |
| 403. | | | | | Buy (add'l) | 03/21/17 | K | | |
| 404. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 405. -CKH Seacor Holdings Inc Com | | None | J | T | | | | | |
| 406. -KO COCA COLA CO | B | Dividend | K | T | Sold (part) | 11/30/17 | J | B | |
| 407. -LPG DORIAN LPG LTD | A | Dividend | J | T | Spinoff (from line 142) | 12/20/17 | J | | |
| 408. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 73

**Name of Person Reporting**

Crawford, Karen S.

**Date of Report**

12/02/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -GE GENERAL ELECTRIC CO | B | Dividend | K | T | Buy (add'l) | 03/13/17 | K | | |
| 410. -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | J | T | | | | | |
| 411. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 412. -L LOEWS CORPORATION | A | Dividend | L | T | | | | | |
| 413. -MKL Markel Corp Com | | None | J | T | Sold (part) | 06/27/17 | K | D | |
| 414. -ORCL Oracle Corp Com | A | Dividend | L | T | | | | | |
| 415. -PM PHILIP MORRIS INTL COM | B | Dividend | K | T | Sold (part) | 01/27/17 | J | C | |
| 416. -SMHI Seacor Marine Holdings Inc. | A | Dividend | J | T | Spinoff (from line 135) | 06/02/17 | J | | |
| 417. -SRSC Sears Canada Inc | | None | | | Sold | 03/30/17 | J | A | |
| 418. -Treasury Bonds - TIPS | B | Interest | M | T | Matured (part) | 04/17/17 | L | A | |
| 419. | | | | | Buy (add'l) | 04/20/17 | L | | |
| 420. Brokerage account #10 | | | | | | | | | |
| 421. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | | | | | |
| 422. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 423. -CHK Chesapeake Energy Corp Com | | None | J | T | Buy | 06/02/17 | J | | |
| 424. -IVV iShares S&P 500 Fund | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 425. Brokerage account #11 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 427. -CHK Chesapeake Energy Corp Com | | None | J | T | Buy | 06/02/17 | J | | |
| 428. -GOOG Alphabet Inc Class C | | None | J | T | Buy | 04/05/17 | J | | |
| 429. Brokerage Account #12 | | | | | | | | | |
| 430. -MO ALTRIA GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 431. | | | | | Sold | 11/03/17 | J | | |
| 432. -ADBE ADOBE SYSTEMS INC | | None | | | Buy | 08/22/17 | J | | |
| 433. | | | | | Sold | 11/03/17 | J | | |
| 434. -AET AETNA US HEALTHCARE | A | Dividend | | | Buy | 08/22/17 | J | | |
| 435. | | | | | Sold | 11/03/17 | J | | |
| 436. -ALXN ALEXION PHARMACEUTICALS | | None | | | Buy | 08/22/17 | J | | |
| 437. | | | | | Sold | 11/03/17 | J | | |
| 438. -ABYSX AllianceBernstein Discovery Value | | None | | | Buy | 08/22/17 | J | | |
| 439. | | | | | Sold | 11/03/17 | J | | |
| 440. -CHCYX AllianceBernstein Discovery Growth ADV (X) | | None | | | Buy | 08/22/17 | J | | |
| 441. | | | | | Sold | 11/03/17 | J | | |
| 442. -ALL ALLSTATE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 73

Name of Person Reporting

Crawford, Karen S.

Date of Report

12/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 11/03/17 | J | | |
| 444. -GOOG ALPHABET INC | | None | | | Buy | 08/22/17 | J | | |
| 445. | | | | | Sold | 11/03/17 | J | | |
| 446. -AEP AMERICAN ELEC PWR INC | | None | | | Buy | 08/22/17 | J | | |
| 447. | | | | | Sold | 11/03/17 | J | | |
| 448. -AIG AMERICAN INTL GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 449. | | | | | Sold | 11/03/17 | J | | |
| 450. -AAPL Apple Inc. | | None | | | Buy | 08/22/17 | J | | |
| 451. | | | | | Sold | 11/03/17 | J | | |
| 452. -AMAT $FZC: APPLIED MATERIALS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 453. | | | | | Sold | 11/03/17 | J | | |
| 454. -BAC BANK OF AMERICA | A | Dividend | | | Buy | 08/22/17 | J | | |
| 455. | | | | | Sold | 11/03/17 | J | | |
| 456. -BIIB $FZC: BIOGEN INC | | None | | | Buy | 08/22/17 | J | | |
| 457. | | | | | Sold | 11/03/17 | J | | |
| 458. -BIVV BIOVERATIV INC | | None | | | Buy | 08/22/17 | J | | |
| 459. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 73

Name of Person Reporting

Crawford, Karen S.

Date of Report

12/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -COF CAPITAL ONE FINL CORP | | None | | | Buy | 08/22/17 | J | | |
| 461. | | | | | Sold | 11/03/17 | J | | |
| 462. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Buy | 08/22/17 | N | | |
| 463. | | | | | Sold | 11/06/17 | N | | |
| 464. -CI CIGNA CORP | | None | | | Buy | 08/22/17 | J | | |
| 465. | | | | | Sold | 11/03/17 | J | | |
| 466. -CSCO CISCO SYSTEMS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 467. | | | | | Sold | 11/03/17 | J | | |
| 468. -CMCSA COMCAST CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 469. | | | | | Sold | 11/03/17 | J | | |
| 470. -CNDT CONDUENT INC | | None | | | Buy | 08/22/17 | J | | |
| 471. | | | | | Sold | 11/03/17 | J | | |
| 472. -COST COSTCO WHOLESALE | | None | | | Buy | 08/22/17 | J | | |
| 473. | | | | | Sold | 11/03/17 | J | | |
| 474. -CVS CVS HEALTH CORPORATION | A | Dividend | | | Buy | 08/22/17 | J | | |
| 475. | | | | | Sold | 11/03/17 | J | | |
| 476. -DAL DELTA AIRLINES | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 11/03/17 | J | | |
| 478. -DFS DISCOVER FINL SVCS | A | Dividend | | | Buy | 08/22/17 | J | | |
| 479. | | | | | Sold | 11/03/17 | J | | |
| 480. -DG DOLLAR GENERAL | A | Dividend | | | Buy | 08/22/17 | J | | |
| 481. | | | | | Sold | 11/03/17 | J | | |
| 482. -DHR DANAHER CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 483. | | | | | Sold | 11/03/17 | J | | |
| 484. -DVN DEVON ENERGY | A | Dividend | | | Buy | 08/22/17 | J | | |
| 485. | | | | | Sold | 11/03/17 | J | | |
| 486. -DOW DOW CHEMICAL | | None | | | Buy | 08/22/17 | J | | |
| 487. | | | | | Merged (with line 219) | 09/01/17 | J | | |
| 488. -DWDP DOWDUPONT INC | | None | | | Sold | 11/03/17 | J | | |
| 489. -DPS DR PEPPER SNAPPLE GROUP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 490. | | | | | Sold | 11/03/17 | J | | |
| 491. -DXC DXC TECHNOLOGY | A | Dividend | | | Buy | 08/22/17 | J | | |
| 492. | | | | | Sold | 11/03/17 | J | | |
| 493. -ETN Eaton Corp Plc Ord (X) | | | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 73

**Name of Person Reporting**

Crawford, Karen S.

**Date of Report**

12/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold | 11/03/17 | J | | |
| 495. -EBAY EBAY INC | | None | | | Buy | 08/22/17 | J | | |
| 496. | | | | | Sold | 11/03/17 | J | | |
| 497. -EIX EDISON INTERNATIONAL | A | Dividend | | | Buy | 08/22/17 | J | | |
| 498. | | | | | Sold | 11/03/17 | J | | |
| 499. -EW EDWARDS LIFE SCIENCES | | None | | | Buy | 08/22/17 | J | | |
| 500. | | | | | Sold | 11/03/17 | J | | |
| 501. -EOG EOG RESOURCES | A | Dividend | | | Buy | 08/22/17 | J | | |
| 502. | | | | | Sold | 11/03/17 | J | | |
| 503. -EL ESTEE LAUDER COMPANIES | | None | | | Buy | 11/03/17 | J | | |
| 504. | | | | | Sold | 11/13/17 | J | | |
| 505. -XOM Exxon Mobil Corporation Com | | | | | Buy | 08/22/17 | J | | |
| 506. | | | | | Sold | 11/03/17 | J | | |
| 507. -FB Facebook | | None | | | Buy | 08/22/17 | J | | |
| 508. | | | | | Sold | 11/03/17 | J | | |
| 509. -FISV FISERV INC | | None | | | Buy | 08/22/17 | J | | |
| 510. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 73

**Name of Person Reporting**

Crawford, Karen S.

**Date of Report**

12/02/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  -FTV FORTIVE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 512. | | | | | Sold | 11/03/17 | J | | |
| 513.  -GILD Gilead Sciences Inc (X) | A | Dividend | | | Buy | 08/22/17 | J | | |
| 514. | | | | | Sold | 11/03/17 | J | | |
| 515.  -HD HOME DEPOT INC | | None | | | Buy | 08/22/17 | J | | |
| 516. | | | | | Sold | 11/03/17 | J | | |
| 517.  -HES HESS CORPORATION | A | Dividend | | | Buy | 08/22/17 | J | | |
| 518. | | | | | Sold | 11/03/17 | J | | |
| 519.  -HON HONEYWELL INTERNATIONAL | | None | | | Buy | 08/22/17 | J | | |
| 520. | | | | | Sold | 11/03/17 | J | | |
| 521.  -HP HELMERICH & PAYNE INC | | None | | | Buy | 08/22/17 | J | | |
| 522. | | | | | Sold | 11/03/17 | J | | |
| 523.  -HPE HEWLETT PACKARD ENTERPRISE | A | Dividend | | | Buy | 08/22/17 | J | | |
| 524. | | | | | Sold | 11/03/17 | J | | |
| 525.  -HPQ HP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 526. | | | | | Sold | 11/03/17 | J | | |
| 527.  -IBM INTL BUSINESS MACHINES | A | Dividend | | | Buy | 08/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 73

Name of Person Reporting

Crawford, Karen S.

Date of Report

12/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 11/03/17 | J | | |
| 529. -INTC INTEL CORP | | | | | Buy | 08/22/17 | J | | |
| 530. | | | | | Sold | 11/03/17 | J | | |
| 531. -ISRG INTUITIVE SURGICAL | | None | | | Buy | 08/22/17 | J | | |
| 532. | | | | | Sold | 11/03/17 | J | | |
| 533. -JNJ JOHNSON & JOHNSON | A | Dividend | | | Buy | 08/22/17 | J | | |
| 534. | | | | | Sold | 11/03/17 | J | | |
| 535. -KMB KIMBERLY CLARK | A | Dividend | | | Buy | 08/22/17 | J | | |
| 536. | | | | | Sold | 11/03/17 | J | | |
| 537. -KR KROGER CO | | None | | | Buy | 08/22/17 | J | | |
| 538. | | | | | Sold | 11/03/17 | J | | |
| 539. -LLL L3 TECHNOLOGIES | | None | | | Buy | 08/22/17 | J | | |
| 540. | | | | | Sold | 11/03/17 | J | | |
| 541. -LYB LYONDELLBASELL Industries | A | Dividend | | | Buy | 08/22/17 | J | | |
| 542. | | | | | Sold | 11/03/17 | J | | |
| 543. -MCK MCKESSON CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 544. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -MDT Medtronic PLC Com | A | Dividend | | | Buy | 08/22/17 | J | | |
| 546. | | | | | Sold | 11/03/17 | J | | |
| 547.  -MFGP MICRO FOCUS INTERNATIONAL PLC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 548. | | | | | Sold | 11/03/17 | J | | |
| 549.  -MGA MAGNA INTL INC (X) | A | Dividend | | | Buy | 08/22/17 | J | | |
| 550. | | | | | Sold | 11/03/17 | J | | |
| 551.  -MRK MERCK & CO INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 552. | | | | | Sold | 11/03/17 | J | | |
| 553.  -MSFT Microsoft Corporation | | None | | | Buy | 08/22/17 | J | | |
| 554. | | | | | Sold | 11/03/17 | J | | |
| 555.  -NI Nisource Inc | A | Dividend | | | Buy | 08/22/17 | J | | |
| 556. | | | | | Sold | 11/03/17 | J | | |
| 557.  -NKE Nike Inc | A | Dividend | | | Buy | 08/22/17 | J | | |
| 558. | | | | | Sold | 11/03/17 | J | | |
| 559.  -NLSN Nielsen Holdings PLC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 560. | | | | | Sold | 11/03/17 | J | | |
| 561.  -NOC Northrop Grumman Corp | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 11/03/17 | J | | |
| 563.  -OMF ONEMAIN HOLDINGS | | None | | | Buy | 08/22/17 | J | | |
| 564. | | | | | Sold | 11/03/17 | J | | |
| 565.  -ORCL ORACLE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 566. | | | | | Sold | 11/03/17 | J | | |
| 567.  -OSK OSKOSH CORPORATION | | None | | | Buy | 08/22/17 | J | | |
| 568. | | | | | Sold | 11/03/17 | J | | |
| 569.  -PANW PALO ALTO NETWORKS | | None | | | Buy | 08/22/17 | J | | |
| 570. | | | | | Sold | 11/03/17 | J | | |
| 571.  -PEP PEPSICO INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 572. | | | | | Sold | 11/03/17 | J | | |
| 573.  -PFE PFIZER INC | | None | | | Buy | 08/22/17 | J | | |
| 574. | | | | | Sold | 11/03/17 | J | | |
| 575.  -PGR PROGRESSIVE CORP OHIO | | None | | | Buy | 08/22/17 | J | | |
| 576. | | | | | Sold | 11/03/17 | J | | |
| 577.  -ROST ROSS STORES INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 578. | | | | | Sold | 11/03/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -SBUX STARBUCKS CORP | | None | | | Buy | 08/22/17 | J | | |
| 580. | | | | | Sold | 11/03/17 | J | | |
| 581.  -SEE SEALED AIR CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 582. | | | | | Sold | 11/03/17 | J | | |
| 583.  -SLB SCHLUMBERGER LTD | A | Dividend | | | Buy | 08/22/17 | J | | |
| 584. | | | | | Sold | 11/03/17 | J | | |
| 585.  -SYF SYNCHRONY FINL COM | | None | | | Buy | 08/22/17 | J | | |
| 586. | | | | | Sold | 11/03/17 | J | | |
| 587.  -TMUS T-MOBILE US INC | | None | | | Buy | 08/22/17 | J | | |
| 588. | | | | | Sold | 11/03/17 | J | | |
| 589.  -TSN TYSON FOODS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 590. | | | | | Sold | 11/03/17 | J | | |
| 591.  -TXN TEXAS INSTRUMENTS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 592. | | | | | Sold | 11/03/17 | J | | |
| 593.  -UNH UNITEDHEALTH GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 594. | | | | | Sold | 11/03/17 | J | | |
| 595.  -USB US BANCORP | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 11/03/17 | J | | |
| 597.  -UTX UNITED TECH CORP | | None | | | Buy | 08/22/17 | J | | |
| 598. | | | | | Sold | 11/03/17 | J | | |
| 599.  -V VISA INC | | None | | | Buy | 08/22/17 | J | | |
| 600. | | | | | Sold | 11/03/17 | J | | |
| 601.  -VZ VERIZON COMMUNICATIONS | A | Dividend | | | Buy | 08/22/17 | J | | |
| 602. | | | | | Sold | 11/03/17 | J | | |
| 603.  -DIS WALT DISNEY CO | | None | | | Buy | 08/22/17 | J | | |
| 604. | | | | | Sold | 11/03/17 | J | | |
| 605.  -WFC WELLS FARGO & CO | | None | | | Buy | 08/22/17 | J | | |
| 606. | | | | | Sold | 11/03/17 | J | | |
| 607.  -XLNX XILINX INC | | None | | | Buy | 08/22/17 | J | | |
| 608. | | | | | Sold | 11/03/17 | J | | |
| 609.  -XRX XEROX CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 610. | | | | | Sold | 11/03/17 | J | | |
| 611.  Brokerage Account #1 (H) | | | | | | | | | |
| 612.  -GOOG ALPHABET INC | | None | K | T | Buy | 01/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 614. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | Buy (add'l) | 04/13/17 | J | | |
| 615. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | K | T | | | | | |
| 616. -CHK CHESAPEAKE ENERGY | | None | | | Buy (add'l) | 03/02/17 | J | | |
| 617. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 618. | | | | | Sold (part) | 11/28/17 | J | | |
| 619. | | | | | Sold | 12/21/17 | J | | |
| 620. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 621. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | J | T | | | | | |
| 622. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 623. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 624. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 625. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 626. -MKL MARKEL CP COM | | None | J | T | | | | | |
| 627. -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |
| 628. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 629. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. -TRRSF Trisura Group Ltd | A | Dividend | J | T | Spinoff (from line 5) | 06/22/17 | J | | |
| 631. -YUM Yum Brands | A | Dividend | J | T | | | | | |
| 632. YUMC Yum China Holdings Inc. | A | Dividend | J | T | | | | | |
| 633. Brokerage Account #2 (H) | | | | | | | | | |
| 634. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | Buy | 04/03/17 | J | | |
| 635. -IVV IShares Core S&P 500 ETF | A | Dividend | K | T | Buy | 11/06/17 | J | | |
| 636. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 637. Brokerage Account #3 (H) | | | | | | | | | |
| 638. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Sold | 04/03/17 | J | | |
| 639. Brokerage Account #4 (H) | | | | | | | | | |
| 640. -GOOG ALPHABET INC | | None | K | T | Buy | 01/30/17 | J | | |
| 641. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 642. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | Buy (add'l) | 04/13/17 | J | | |
| 643. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | | | | | |
| 644. -CHK CHESAPEAKE ENERGY | | None | | | Buy (add'l) | 03/02/17 | J | | |
| 645. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 646. | | | | | Sold (part) | 11/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 12/21/17 | J | | |
| 648. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | L | T | | | | | |
| 649. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | J | T | | | | | |
| 650. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 651. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 652. -L LOEWS CORPORATION | A | Dividend | K | T | | | | | |
| 653. -LUK LEUCADIA NATL CORP | A | Dividend | J | T | | | | | |
| 654. -MKL MARKEL CP COM | | None | J | T | | | | | |
| 655. -MSFT Microsoft Corporation | A | Dividend | K | T | | | | | |
| 656. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 657. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | | | | | |
| 658. -TRRSF Trisura Group Ltd | A | Dividend | J | T | Spinoff (from line 33) | 06/22/17 | J | | |
| 659. -YUM YUM BRANDS | A | Dividend | J | T | | | | | |
| 660. YUMC Yum China Holdings Inc. | A | Dividend | J | T | | | | | |
| 661. Brokerage Account #5 (H) | | | | | | | | | |
| 662. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | | | | | |
| 663. -SPY SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Crawford, Karen S.

12/02/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Brokerage Account #7 (H) | | | | | | | | | |
| 665. -MO ALTRIA GROUP INC | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 666. -ADBE ADOBE SYSTEMS INC | | None | | | Buy | 11/03/17 | J | | |
| 667. | | | | | Sold | 11/13/17 | J | A | |
| 668. -AET AETNA US HEALTHCARE | | None | | | Buy | 11/03/17 | J | | |
| 669. | | | | | Sold | 11/15/17 | J | A | |
| 670. -ALXN ALEXION PHARMACEUTICALS | | None | | | Buy | 11/03/17 | J | | |
| 671. | | | | | Sold | 11/15/17 | J | | |
| 672. -ABYSX AllianceBernstein Discovery Value | | None | | | Buy | 11/03/17 | J | | |
| 673. | | | | | Sold | 11/13/17 | J | B | |
| 674. -CHCYX AllianceBernstein Discovery Growth ADV (X) | | None | | | Buy | 11/03/17 | J | | |
| 675. | | | | | Sold | 11/13/17 | J | B | |
| 676. -ALL ALLSTATE CORP | | None | | | Buy | 11/03/17 | J | | |
| 677. | | | | | Sold | 11/13/17 | J | A | |
| 678. -GOOG ALPHABET INC | | None | L | T | Buy | 11/03/17 | L | | |
| 679. -AEP AMERICAN ELEC PWR INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 680. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. -AIG AMERICAN INTL GROUP INC | | None | | | Buy | 11/03/17 | J | | |
| 682. | | | | | Sold | 11/15/17 | J | A | |
| 683. -AAPL Apple Inc. | B | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 684. -AMAT $FZC: APPLIED MATERIALS INC | | None | | | Buy | 11/03/17 | J | | |
| 685. | | | | | Sold | 11/13/17 | J | A | |
| 686. -BAC BANK OF AMERICA | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 687. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | O | T | Sold (part) | 03/22/17 | J | D | |
| 688. | | | | | Buy (add'l) | 11/03/17 | N | | |
| 689. -BIIB $FZC: BIOGEN INC | | None | | | Buy | 11/03/17 | J | | |
| 690. | | | | | Sold | 11/13/17 | J | A | |
| 691. -BIVV BIOVERATIV INC | | None | | | Buy | 11/03/17 | J | | |
| 692. | | | | | Sold | 11/13/17 | J | A | |
| 693. -BAM BROOKFIELD ASSET MGMT | B | Dividend | N | T | Sold (part) | 01/20/17 | J | C | |
| 694. | | | | | Buy (add'l) | 11/03/17 | N | | |
| 695. -COF CAPITAL ONE FINL CORP | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 696. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 697. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -CHK CHESAPEAKE ENERGY | | None | J | T | Buy (add'l) | 03/07/17 | K | | |
| 699. | | | | | Buy (add'l) | 11/03/17 | K | | |
| 700. | | | | | Sold (part) | 11/06/17 | J | | |
| 701. | | | | | Sold (part) | 11/09/17 | J | | |
| 702. | | | | | Sold (part) | 11/27/17 | J | | |
| 703. | | | | | Sold (part) | 12/11/17 | J | | |
| 704. | | | | | Sold (part) | 12/21/17 | K | A | |
| 705. -CI CIGNA CORP | | None | | | Buy | 11/03/17 | J | | |
| 706. | | | | | Sold | 11/16/17 | J | A | |
| 707. -CSCO CISCO SYSTEMS INC | | None | | | Buy | 11/03/17 | J | | |
| 708. | | | | | Sold | 11/14/17 | J | A | |
| 709. -CKH Seacor Holdings Inc Com | | None | K | T | Buy (add'l) | 11/03/17 | K | | |
| 710. -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 711. -CMCSA COMCAST CORP | | None | | | Buy | 11/03/17 | J | | |
| 712. | | | | | Sold | 11/13/17 | J | A | |
| 713. -CNDT CONDUENT INC | | None | | | Buy | 11/03/17 | J | | |
| 714. | | | | | Sold | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -COST COSTCO WHOLESALE | | None | | | Buy | 11/03/17 | J | | |
| 716. | | | | | Sold | 11/13/17 | J | A | |
| 717. -CVS CVS HEALTH CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 718. | | | | | Sold | 11/15/17 | J | | |
| 719. -DAL DELTA AIRLINES | | None | | | Buy | 11/03/17 | J | | |
| 720. | | | | | Sold | 11/15/17 | J | A | |
| 721. -DFS DISCOVER FINL SVCS | | None | | | Buy | 11/03/17 | J | | |
| 722. | | | | | Sold | 11/13/17 | J | A | |
| 723. -DG DOLLAR GENERAL | | None | | | Buy | 11/03/17 | J | | |
| 724. | | | | | Sold | 11/16/17 | J | | |
| 725. -DHR DANAHER CORP | | None | | | Buy | 11/03/17 | J | | |
| 726. | | | | | Sold | 11/13/17 | J | A | |
| 727. -DVN DEVON ENERGY | | None | | | Buy | 11/03/17 | J | | |
| 728. | | | | | Sold | 11/15/17 | J | | |
| 729. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS (X) | A | Dividend | M | T | | | | | |
| 730. -DWDP DOWDUPONT INC | | None | | | Buy | 11/03/17 | J | | |
| 731. | | | | | Sold | 11/15/17 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  -DPS DR PEPPER SNAPPLE GROUP | | None | | | Buy | 11/03/17 | J | | |
| 733. | | | | | Sold | 11/13/17 | J | | |
| 734.  -DXC DXC TECHNOLOGY | | None | | | Buy | 11/03/17 | J | | |
| 735. | | | | | Sold | 11/13/17 | J | A | |
| 736.  -ETN Eaton Corp Plc Ord (X) | A | Dividend | | | Buy | 11/03/17 | J | | |
| 737. | | | | | Sold | 11/13/17 | J | A | |
| 738.  -EBAY EBAY INC | | None | | | Buy | 11/03/17 | J | | |
| 739. | | | | | Sold | 11/13/17 | J | A | |
| 740.  -EIX EDISON INTERNATIONAL | | None | | | Buy | 11/03/17 | J | | |
| 741. | | | | | Sold | 11/13/17 | J | A | |
| 742.  -EW EDWARDS LIFE SCIENCES | | None | | | Buy | 11/03/17 | J | | |
| 743. | | | | | Sold | 11/13/17 | J | A | |
| 744.  -EOG EOG RESOURCES | | None | J | T | Buy | 11/13/17 | J | | |
| 745.  -EL ESTEE LAUDER COMPANIES | | None | | | Buy | 11/03/17 | J | | |
| 746. | | | | | Sold | 11/13/17 | J | A | |
| 747.  -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | Sold (part) | 12/01/17 | J | A | |
| 748.  -FB Facebook | | None | J | T | Buy | 11/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -FRFHF FAIRFAX FNL HLDGS | | None | K | T | Buy | 03/10/17 | K | | |
| 750. -FISV FISERV INC | | None | | | Buy | 11/03/17 | J | | |
| 751. | | | | | Sold | 11/13/17 | J | A | |
| 752. -FCEA FOREST CITY (X) ENTERPRISES I | B | Dividend | K | T | Sold (part) | 05/25/17 | J | B | |
| 753. | | | | | Buy (add'l) | 11/03/17 | M | | |
| 754. -FTV FORTIVE CORP | | None | | | Buy | 11/03/17 | J | | |
| 755. | | | | | Sold | 11/13/17 | J | A | |
| 756. -GE GENERAL ELECTRIC CO | B | Dividend | K | T | Buy (add'l) | 11/03/17 | K | | |
| 757. | | | | | Sold (part) | 12/21/17 | K | | |
| 758. -GILD Gilead Sciences Inc (X) | | None | | | Buy | 11/03/17 | J | | |
| 759. | | | | | Sold | 11/15/17 | J | | |
| 760. -HD HOME DEPOT INC | | None | | | Buy | 11/03/17 | J | | |
| 761. | | | | | Sold | 11/13/17 | J | A | |
| 762. -HES HESS CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 763. | | | | | Sold | 11/16/17 | J | | |
| 764. -HON HONEYWELL INTERNATIONAL | | None | | | Buy | 11/03/17 | J | | |
| 765. | | | | | Sold | 11/13/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -HP HELMERICH & PAYNE INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 767. | | | | | Sold | 11/16/17 | J | | |
| 768. -HPE HEWLETT PACKARD ENTERPRISE | | None | | | Buy | 11/03/17 | J | | |
| 769. | | | | | Sold | 11/15/17 | J | | |
| 770. -HPQ HP INC | | None | | | Buy | 11/03/17 | J | | |
| 771. | | | | | Sold | 11/13/17 | J | A | |
| 772. -IBM INTL BUSINESS MACHINES | A | Dividend | | | Buy | 11/03/17 | J | | |
| 773. | | | | | Sold | 11/14/17 | J | | |
| 774. -INTC INTEL CORP | A | Dividend | | | Buy | 11/03/17 | J | | |
| 775. | | | | | Sold | 11/13/17 | J | A | |
| 776. -ISRG INTUITIVE SURGICAL | | None | | | Buy | 11/03/17 | J | | |
| 777. | | | | | Sold | 11/13/17 | J | A | |
| 778. -IVV Ishares Core S&P 500 | B | Dividend | | | Buy | 11/13/17 | M | | |
| 779. | | | | | Buy (add'l) | 11/14/17 | K | | |
| 780. | | | | | Buy (add'l) | 11/15/17 | L | | |
| 781. | | | | | Buy (add'l) | 12/01/17 | M | | |
| 782. | | | | | Buy (add'l) | 12/26/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -JNJ JOHNSON & JOHNSON | | None | | | Buy | 11/03/17 | J | | |
| 784. | | | | | Sold | 11/14/17 | J | A | |
| 785. -KMB KIMBERLY CLARK | | None | | | Buy | 11/13/17 | J | | |
| 786. | | | | | Sold | 11/13/17 | J | | |
| 787. -KR KROGER CO | | None | | | Buy | 11/03/17 | J | | |
| 788. | | | | | Sold | 11/13/17 | J | | |
| 789. -CKHUY CK Hutchinson Holdings (X) | | None | J | T | Sold (part) | 03/22/17 | J | | |
| 790. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 791. -LUK LEUCADIA NATL CORP | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 792. -L LOEWS CORPORATION | A | Dividend | M | T | Buy (add'l) | 11/03/17 | M | | |
| 793. -LLL L3 TECHNOLOGIES | | None | | | Buy | 11/03/17 | J | | |
| 794. | | | | | Sold | 11/13/17 | J | A | |
| 795. -LPG DORIAN LPG LTD | A | Dividend | J | T | | | | | |
| 796. -LYB LYONDELLBASELL Industries | | None | | | Buy | 11/03/17 | J | | |
| 797. | | | | | Sold | 11/14/17 | J | A | |
| 798. -MKL MARKEL CP COM | | None | M | T | Buy (add'l) | 11/03/17 | L | | |
| 799. -MCD MCDONALDS CORP | | None | | | Sold | 01/27/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -MCK MCKESSON CORP | | None | | | Buy | 11/03/17 | J | | |
| 801. | | | | | Sold | 11/15/17 | J | | |
| 802.  -MDT Medtronic PLC Com | | None | | | Buy | 11/03/17 | J | | |
| 803. | | | | | Sold | 11/15/17 | J | | |
| 804.  -MFGP MICRO FOCUS INTERNATIONAL PLC | | None | | | Buy | 11/03/17 | J | | |
| 805. | | | | | Sold | 11/14/17 | J | | |
| 806.  -MGA MAGNA INTL INC | | None | | | Buy | 11/03/17 | J | | |
| 807. | | | | | Sold | 11/13/17 | J | A | |
| 808.  -MRK MERCK & CO INC | | None | | | Buy | 11/03/17 | J | | |
| 809. | | | | | Sold | 11/16/17 | J | | |
| 810.  -MSFT Microsoft Corporation | D | Dividend | N | T | Buy (add'l) | 11/03/17 | L | | |
| 811.  -NI Nisource Inc | | None | | | Buy | 11/03/17 | J | | |
| 812. | | | | | Sold | 11/13/17 | J | A | |
| 813.  -NKE Nike Inc | | None | | | Buy | 11/03/17 | J | | |
| 814. | | | | | Sold | 11/14/17 | J | | |
| 815.  -NLSN Nielsen Holdings PLC | | None | | | Buy | 11/03/17 | J | | |
| 816. | | | | | Sold | 11/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -NOC Northrop Grumman Corp | | None | | | Buy | 11/03/17 | J | | |
| 818. | | | | | Sold | 11/16/17 | J | A | |
| 819. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 820. | | | | | Sold (part) | 12/13/17 | K | C | |
| 821. -OMF ONEMAIN HOLDINGS | | None | | | Buy | 11/03/17 | J | | |
| 822. | | | | | Sold | 11/15/17 | J | A | |
| 823. -ORCL ORACLE CORP | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 824. -OSK OSKOSH CORPORATION | | None | | | Buy | 11/03/17 | J | | |
| 825. | | | | | Sold | 11/13/17 | J | A | |
| 826. -PANW PALO ALTO NETWORKS | | None | | | Buy | 11/03/17 | J | | |
| 827. | | | | | Sold | 11/14/17 | J | A | |
| 828. -PEP PEPSICO INC | | None | | | Buy | 11/03/17 | J | | |
| 829. | | | | | Sold | 11/13/17 | J | A | |
| 830. -PFE PFIZER INC | A | Dividend | | | Buy | 11/03/17 | J | | |
| 831. | | | | | Sold | 11/13/17 | J | | |
| 832. -PGR PROGRESSIVE CORP OHIO | | None | | | Buy | 11/03/17 | J | | |
| 833. | | | | | Sold | 11/13/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Crawford, Karen S.

12/02/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 835.  -PXD Pioneer Natural Resources Company | A | Dividend | M | T | Buy (add'l) | 11/03/17 | L | | |
| 836.  -ROST ROSS STORES INC | | None | | | Buy | 11/03/17 | J | | |
| 837. | | | | | Sold | 11/14/17 | J | A | |
| 838.  -SBUX STARBUCKS CORP | | None | | | Buy | 11/03/17 | J | | |
| 839. | | | | | Sold | 11/14/17 | J | A | |
| 840.  -SEE SEALED AIR CORP | | None | | | Buy | 11/03/17 | J | | |
| 841. | | | | | Sold | 11/13/17 | J | | |
| 842.  -SLB SCHLUMBERGER LTD | | None | | | Buy | 11/03/17 | J | | |
| 843. | | | | | Sold | 11/16/17 | J | | |
| 844.  -SMHI SEACOR MARINE HLDGS INC | A | Dividend | J | T | Spinoff (from line 99) | 11/03/17 | J | | |
| 845. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 846.  -SU Suncor Energy Inc. Com | A | Dividend | K | T | Buy (add'l) | 11/03/17 | J | | |
| 847.  -SYF SYNCHRONY FINL COM | A | Dividend | | | Buy | 11/03/17 | J | | |
| 848. | | | | | Sold | 11/16/17 | J | A | |
| 849.  -TMUS T-MOBILE US INC | | None | | | Buy | 11/03/17 | J | | |
| 850. | | | | | Sold | 11/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Crawford, Karen S.

12/02/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -TRRSF Trisura Group LTD | A | Dividend | J | T | Spinoff (from line 83) | 06/22/17 | J | | |
| 852. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 853. -TSN TYSON FOODS INC | | None | | | Buy | 11/03/17 | J | | |
| 854. | | | | | Sold | 11/13/17 | J | A | |
| 855. -TXN TEXAS INSTRUMENTS INC | | None | | | Buy | 11/03/17 | J | | |
| 856. | | | | | Sold | 11/13/17 | J | A | |
| 857. -UNH UNITEDHEALTH GROUP INC | | None | | | Buy | 11/03/17 | J | | |
| 858. | | | | | Sold | 11/13/17 | J | A | |
| 859. -USB US BANCORP | | None | | | Buy | 11/03/17 | J | | |
| 860. | | | | | Sold | 11/13/17 | J | A | |
| 861. -UTX UNITED TECH CORP | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 862. -V VISA INC | A | Dividend | J | T | Buy | 11/03/17 | J | | |
| 863. -VZ VERIZON COMMUNICATIONS | | None | | | Buy | 11/03/17 | J | | |
| 864. | | | | | Sold | 11/15/17 | J | | |
| 865. -DIS WALT DISNEY CO | | None | | | Buy | 11/03/17 | J | | |
| 866. | | | | | Sold | 11/15/17 | J | A | |
| 867. -WFC WELLS FARGO & CO | A | Dividend | | | Buy | 11/03/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold | 11/13/17 | J | A | |
| 869. -XLNX XILINX INC | | None | | | Buy | 11/03/17 | J | | |
| 870. | | | | | Sold | 11/13/17 | J | A | |
| 871. -XRX XEROX CORP | | None | | | Buy | 11/03/17 | J | | |
| 872. | | | | | Sold | 11/14/17 | J | A | |
| 873. -YUM YUM BRANDS | A | Dividend | L | T | Buy (add'l) | 11/03/17 | K | | |
| 874. -YUMC Yum China Holdings Inc. | | None | K | T | Buy (add'l) | 11/03/17 | K | | |
| 875. Brokerage Account #8 | | | | | | | | | |
| 876. -GOOG Alphabet Inc Class C | | None | | | Buy | 01/27/17 | K | | |
| 877. | | | | | Sold | 11/03/17 | L | | |
| 878. -MO ALTRIA GROUP INC | A | Dividend | | | Sold | 11/03/17 | J | | |
| 879. -AAPL Apple Inc. | A | Dividend | | | Sold | 11/03/17 | L | | |
| 880. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | | | Sold | 11/03/17 | N | | |
| 881. -BAM BROOKFIELD ASSET MGMT INC COM | C | Dividend | | | Sold | 11/03/17 | N | | |
| 882. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Sold | 11/06/17 | P1 | | |
| 883. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | | | Sold (part) | 03/01/17 | J | B | |
| 884. | | | | | Sold | 11/03/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -CHK Chesapeake Energy Corp Com | | None | | | Buy (add'l) | 03/02/17 | K | | |
| 886. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 887. | | | | | Sold | 11/03/17 | K | | |
| 888. -CKH Seacor Holdings Inc Com | | None | | | Sold | 11/03/17 | K | | |
| 889. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | | | Sold | 11/03/17 | L | | |
| 890. -FCEA FOREST CITY ENTERPRISES I | B | Dividend | | | Sold | 11/03/17 | M | | |
| 891. -GE GENERAL ELECTRIC CO | B | Dividend | | | Sold | 11/03/17 | K | | |
| 892. -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | | | Sold | 11/03/17 | J | | |
| 893. -LUK LEUCADIA NATL CORP | A | Dividend | | | Sold | 11/03/17 | K | | |
| 894. -L LOEWS CORPORATION | A | Dividend | | | Sold (part) | 10/19/17 | J | A | |
| 895. | | | | | Sold | 11/03/17 | M | | |
| 896. -MKL MARKEL CP COM | | None | | | Sold | 11/03/17 | L | | |
| 897. -MCD McDonalds Corp Com | | None | | | Sold | 01/27/17 | K | D | |
| 898. -MSFT Microsoft Corporation | B | Dividend | | | Sold (part) | 08/16/17 | J | C | |
| 899. | | | | | Sold | 11/03/17 | L | | |
| 900. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | | | Sold | 11/03/17 | L | | |
| 901. -ORCL Oracle Corp Com | A | Dividend | | | Sold | 11/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S | 12/02/2019 |

# VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902.  -PM PHILIP MORRIS INTL COM | A | Dividend | | | Sold | 11/03/17 | J | | |
| 903.  -PXD Pioneer Natural Resources Compa | A | Dividend | | | Sold | 11/03/17 | L | | |
| 904.  -SMHI Seacor Marine Holdings Inc. | A | Dividend | | | Spinoff (from line 279) | 06/02/17 | J | | |
| 905. | | | | | Sold | 11/03/17 | J | | |
| 906.  -SU Suncor Energy Inc. Com (previously COSWF, acquired by SU 3/24/16) | A | Dividend | | | Sold (part) | 04/05/17 | J | | |
| 907. | | | | | Sold | 11/03/17 | J | | |
| 908.  -TRRSF Trisura Group LTD | A | Dividend | | | Spinoff (from line 272) | 06/22/17 | J | | |
| 909. | | | | | Sold | 11/03/17 | J | | |
| 910.  -YUM YUM BRANDS | A | Dividend | | | Sold | 11/03/17 | K | | |
| 911.  -YUMC Yum China Holdings Inc. | | None | | | Sold | 11/03/17 | K | | |
| 912.  Brokerage Account #9 | | | | | | | | | |
| 913.  -GOOG Alphabet Inc Class C | | None | M | T | Buy | 03/21/17 | J | | |
| 914. | | | | | Buy (add'l) | 03/23/17 | K | | |
| 915. | | | | | Buy (add'l) | 06/26/17 | K | | |
| 916. | | | | | Buy (add'l) | 06/27/17 | K | | |
| 917. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 918. | | | | | Buy (add'l) | 07/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  -AAPL Apple Inc. | B | Dividend | M | T | | | | | |
| 920.  -BRKB BERKSHIRE HATHAWAY INC-DE | | None | N | T | Buy (add'l) | 04/13/17 | K | | |
| 921.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | N | T | | | | | |
| 922.  -CHK Chesapeake Energy Corp Com | | None | K | T | Buy (add'l) | 03/20/17 | J | | |
| 923. | | | | | Buy (add'l) | 03/21/17 | K | | |
| 924. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 925.  -CKH Seacor Holdings Inc Com | | None | J | T | | | | | |
| 926.  -KO COCA COLA CO | B | Dividend | K | T | Sold (part) | 11/30/17 | J | B | |
| 927.  -LPG DORIAN LPG LTD | A | Dividend | J | T | Spinoff (from line 323) | 12/20/17 | J | | |
| 928.  -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |
| 929.  -GE GENERAL ELECTRIC CO | B | Dividend | K | T | Buy (add'l) | 03/13/17 | K | | |
| 930.  -CKHUY CK Hutchinson Holdings Ltd Adr | A | Dividend | J | T | | | | | |
| 931.  -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 932.  -L LOEWS CORPORATION | A | Dividend | L | T | | | | | |
| 933.  -MKL Markel Corp Com | | None | J | T | Sold (part) | 06/27/17 | K | D | |
| 934.  -ORCL Oracle Corp Com | A | Dividend | L | T | | | | | |
| 935.  -PM PHILIP MORRIS INTL COM | B | Dividend | K | T | Sold (part) | 01/27/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 59 of 73

Name of Person Reporting

Crawford, Karen S.

Date of Report

12/02/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. -SMHI Seacor Marine Holdings Inc. | A | Dividend | J | T | Spinoff (from line 316) | 06/02/17 | J | | |
| 937. -SRSC Sears Canada Inc | | None | | | Sold | 03/30/17 | J | A | |
| 938. -Treasury Bonds - TIPS | B | Interest | M | T | Matured (part) | 04/17/17 | L | A | |
| 939. | | | | | Buy (add'l) | 04/20/17 | L | | |
| 940. Brokerage account #10 | | | | | | | | | |
| 941. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | | | | | |
| 942. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 943. -CHK Chesapeake Energy Corp Com | | None | J | T | Buy | 06/02/17 | J | | |
| 944. -IVV iShares S&P 500 Fund | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 945. Brokerage account #11 | | | | | | | | | |
| 946. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 947. -CHK Chesapeake Energy Corp Com | | None | J | T | Buy | 06/02/17 | J | | |
| 948. -GOOG Alphabet Inc Class C | | None | J | T | Buy | 04/05/17 | J | | |
| 949. Brokerage Account #12 | | | | | | | | | |
| 950. -MO ALTRIA GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 951. | | | | | Sold | 11/03/17 | J | | |
| 952. -ADBE ADOBE SYSTEMS INC | | None | | | Buy | 08/22/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. | | | | | Sold | 11/03/17 | J | | |
| 954. -AET AETNA US HEALTHCARE | A | Dividend | | | Buy | 08/22/17 | J | | |
| 955. | | | | | Sold | 11/03/17 | J | | |
| 956. -ALXN ALEXION PHARMACEUTICALS | | None | | | Buy | 08/22/17 | J | | |
| 957. | | | | | Sold | 11/03/17 | J | | |
| 958. -ABYSX AllianceBernstein Discovery Value | | None | | | Buy | 08/22/17 | J | | |
| 959. | | | | | Sold | 11/03/17 | J | | |
| 960. -CHCYX AllianceBernstein Discovery Growth ADV (X) | | None | | | Buy | 08/22/17 | J | | |
| 961. | | | | | Sold | 11/03/17 | J | | |
| 962. -ALL ALLSTATE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 963. | | | | | Sold | 11/03/17 | J | | |
| 964. -GOOG ALPHABET INC | | None | | | Buy | 08/22/17 | J | | |
| 965. | | | | | Sold | 11/03/17 | J | | |
| 966. -AEP AMERICAN ELEC PWR INC | | None | | | Buy | 08/22/17 | J | | |
| 967. | | | | | Sold | 11/03/17 | J | | |
| 968. -AIG AMERICAN INTL GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 969. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -AAPL Apple Inc. | | None | | | Buy | 08/22/17 | J | | |
| 971. | | | | | Sold | 11/03/17 | J | | |
| 972. -AMAT $FZC: APPLIED MATERIALS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 973. | | | | | Sold | 11/03/17 | J | | |
| 974. -BAC BANK OF AMERICA | A | Dividend | | | Buy | 08/22/17 | J | | |
| 975. | | | | | Sold | 11/03/17 | J | | |
| 976. -BIIB $FZC: BIOGEN INC | | None | | | Buy | 08/22/17 | J | | |
| 977. | | | | | Sold | 11/03/17 | J | | |
| 978. -BIVV BIOVERATIV INC | | None | | | Buy | 08/22/17 | J | | |
| 979. | | | | | Sold | 11/03/17 | J | | |
| 980. -COF CAPITAL ONE FINL CORP | | None | | | Buy | 08/22/17 | J | | |
| 981. | | | | | Sold | 11/03/17 | J | | |
| 982. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | | | Buy | 08/22/17 | N | | |
| 983. | | | | | Sold | 11/06/17 | N | | |
| 984. -CI CIGNA CORP | | None | | | Buy | 08/22/17 | J | | |
| 985. | | | | | Sold | 11/03/17 | J | | |
| 986. -CSCO CISCO SYSTEMS INC | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold | 11/03/17 | J | | |
| 988. -CMCSA COMCAST CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 989. | | | | | Sold | 11/03/17 | J | | |
| 990. -CNDT CONDUENT INC | | None | | | Buy | 08/22/17 | J | | |
| 991. | | | | | Sold | 11/03/17 | J | | |
| 992. -COST COSTCO WHOLESALE | | None | | | Buy | 08/22/17 | J | | |
| 993. | | | | | Sold | 11/03/17 | J | | |
| 994. -CVS CVS HEALTH CORPORATION | A | Dividend | | | Buy | 08/22/17 | J | | |
| 995. | | | | | Sold | 11/03/17 | J | | |
| 996. -DAL DELTA AIRLINES | A | Dividend | | | Buy | 08/22/17 | J | | |
| 997. | | | | | Sold | 11/03/17 | J | | |
| 998. -DFS DISCOVER FINL SVCS | A | Dividend | | | Buy | 08/22/17 | J | | |
| 999. | | | | | Sold | 11/03/17 | J | | |
| 1000. -DG DOLLAR GENERAL | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1001. | | | | | Sold | 11/03/17 | J | | |
| 1002. -DHR DANAHER CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1003. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -DVN DEVON ENERGY | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1005. | | | | | Sold | 11/03/17 | J | | |
| 1006. -DOW DOW CHEMICAL | | None | | | Buy | 08/22/17 | J | | |
| 1007. | | | | | Merged (with line 400) | 09/01/17 | J | | |
| 1008. -DWDP DOWDUPONT INC | | None | | | Sold | 11/03/17 | J | | |
| 1009. -DPS DR PEPPER SNAPPLE GROUP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1010. | | | | | Sold | 11/03/17 | J | | |
| 1011. -DXC DXC TECHNOLOGY | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1012. | | | | | Sold | 11/03/17 | J | | |
| 1013. -ETN Eaton Corp Plc Ord (X) | | | | | Buy | 08/22/17 | J | | |
| 1014. | | | | | Sold | 11/03/17 | J | | |
| 1015. -EBAY EBAY INC | | None | | | Buy | 08/22/17 | J | | |
| 1016. | | | | | Sold | 11/03/17 | J | | |
| 1017. -EIX EDISON INTERNATIONAL | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1018. | | | | | Sold | 11/03/17 | J | | |
| 1019. -EW EDWARDS LIFE SCIENCES | | None | | | Buy | 08/22/17 | J | | |
| 1020. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -EOG EOG RESOURCES | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1022. | | | | | Sold | 11/03/17 | J | | |
| 1023. -EL ESTEE LAUDER COMPANIES | | None | | | Buy | 11/03/17 | J | | |
| 1024. | | | | | Sold | 11/13/17 | J | | |
| 1025. -XOM Exxon Mobil Corporation Com | | | | | Buy | 08/22/17 | J | | |
| 1026. | | | | | Sold | 11/03/17 | J | | |
| 1027. -FB Facebook | | None | | | Buy | 08/22/17 | J | | |
| 1028. | | | | | Sold | 11/03/17 | J | | |
| 1029. -FISV FISERV INC | | None | | | Buy | 08/22/17 | J | | |
| 1030. | | | | | Sold | 11/03/17 | J | | |
| 1031. -FTV FORTIVE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1032. | | | | | Sold | 11/03/17 | J | | |
| 1033. -GILD Gilead Sciences Inc (X) | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1034. | | | | | Sold | 11/03/17 | J | | |
| 1035. -HD HOME DEPOT INC | | None | | | Buy | 08/22/17 | J | | |
| 1036. | | | | | Sold | 11/03/17 | J | | |
| 1037. -HES HESS CORPORATION | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. | | | | | Sold | 11/03/17 | J | | |
| 1039. -HON HONEYWELL INTERNATIONAL | | None | | | Buy | 08/22/17 | J | | |
| 1040. | | | | | Sold | 11/03/17 | J | | |
| 1041. -HP HELMERICH & PAYNE INC | | None | | | Buy | 08/22/17 | J | | |
| 1042. | | | | | Sold | 11/03/17 | J | | |
| 1043. -HPE HEWLETT PACKARD ENTERPRISE | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1044. | | | | | Sold | 11/03/17 | J | | |
| 1045. -HPQ HP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1046. | | | | | Sold | 11/03/17 | J | | |
| 1047. -IBM INTL BUSINESS MACHINES | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1048. | | | | | Sold | 11/03/17 | J | | |
| 1049. -INTC INTEL CORP | | | | | Buy | 08/22/17 | J | | |
| 1050. | | | | | Sold | 11/03/17 | J | | |
| 1051. -ISRG INTUITIVE SURGICAL | | None | | | Buy | 08/22/17 | J | | |
| 1052. | | | | | Sold | 11/03/17 | J | | |
| 1053. -JNJ JOHNSON & JOHNSON | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1054. | | | | | Sold | 11/03/17 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)  U =Book Value   V =Other   W =Estimated

**FINANCIAL DISCLOSURE REPORT**

Page 66 of 73

Name of Person Reporting

Crawford, Karen S.

Date of Report

12/02/2019

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -KMB KIMBERLY CLARK | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1056. | | | | | Sold | 11/03/17 | J | | |
| 1057. -KR KROGER CO | | None | | | Buy | 08/22/17 | J | | |
| 1058. | | | | | Sold | 11/03/17 | J | | |
| 1059. -LLL L3 TECHNOLOGIES | | None | | | Buy | 08/22/17 | J | | |
| 1060. | | | | | Sold | 11/03/17 | J | | |
| 1061. -LYB LYONDELLBASELL Industries | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1062. | | | | | Sold | 11/03/17 | J | | |
| 1063. -MCK MCKESSON CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1064. | | | | | Sold | 11/03/17 | J | | |
| 1065. -MDT Medtronic PLC Com | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1066. | | | | | Sold | 11/03/17 | J | | |
| 1067. -MFGP MICRO FOCUS INTERNATIONAL PLC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1068. | | | | | Sold | 11/03/17 | J | | |
| 1069. -MGA MAGNA INTL INC (X) | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1070. | | | | | Sold | 11/03/17 | J | | |
| 1071. -MRK MERCK & CO INC | A | Dividend | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. | | | | | Sold | 11/03/17 | J | | |
| 1073. -MSFT Microsoft Corporation | | None | | | Buy | 08/22/17 | J | | |
| 1074. | | | | | Sold | 11/03/17 | J | | |
| 1075. -NI Nisource Inc | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1076. | | | | | Sold | 11/03/17 | J | | |
| 1077. -NKE Nike Inc | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1078. | | | | | Sold | 11/03/17 | J | | |
| 1079. -NLSN Nielsen Holdings PLC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1080. | | | | | Sold | 11/03/17 | J | | |
| 1081. -NOC Northrop Grumman Corp | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1082. | | | | | Sold | 11/03/17 | J | | |
| 1083. -OMF ONEMAIN HOLDINGS | | None | | | Buy | 08/22/17 | J | | |
| 1084. | | | | | Sold | 11/03/17 | J | | |
| 1085. -ORCL ORACLE CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1086. | | | | | Sold | 11/03/17 | J | | |
| 1087. -OSK OSKOSH CORPORATION | | None | | | Buy | 08/22/17 | J | | |
| 1088. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -PANW PALO ALTO NETWORKS | | None | | | Buy | 08/22/17 | J | | |
| 1090. | | | | | Sold | 11/03/17 | J | | |
| 1091. -PEP PEPSICO INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1092. | | | | | Sold | 11/03/17 | J | | |
| 1093. -PFE PFIZER INC | | None | | | Buy | 08/22/17 | J | | |
| 1094. | | | | | Sold | 11/03/17 | J | | |
| 1095. -PGR PROGRESSIVE CORP OHIO | | None | | | Buy | 08/22/17 | J | | |
| 1096. | | | | | Sold | 11/03/17 | J | | |
| 1097. -ROST ROSS STORES INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1098. | | | | | Sold | 11/03/17 | J | | |
| 1099. -SBUX STARBUCKS CORP | | None | | | Buy | 08/22/17 | J | | |
| 1100. | | | | | Sold | 11/03/17 | J | | |
| 1101. -SEE SEALED AIR CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1102. | | | | | Sold | 11/03/17 | J | | |
| 1103. -SLB SCHLUMBERGER LTD | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1104. | | | | | Sold | 11/03/17 | J | | |
| 1105. -SYF SYNCHRONY FINL COM | | None | | | Buy | 08/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | Sold | 11/03/17 | J | | |
| 1107. -TMUS T-MOBILE US INC | | None | | | Buy | 08/22/17 | J | | |
| 1108. | | | | | Sold | 11/03/17 | J | | |
| 1109. -TSN TYSON FOODS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1110. | | | | | Sold | 11/03/17 | J | | |
| 1111. -TXN TEXAS INSTRUMENTS INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1112. | | | | | Sold | 11/03/17 | J | | |
| 1113. -UNH UNITEDHEALTH GROUP INC | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1114. | | | | | Sold | 11/03/17 | J | | |
| 1115. -USB US BANCORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1116. | | | | | Sold | 11/03/17 | J | | |
| 1117. -UTX UNITED TECH CORP | | None | | | Buy | 08/22/17 | J | | |
| 1118. | | | | | Sold | 11/03/17 | J | | |
| 1119. -V VISA INC | | None | | | Buy | 08/22/17 | J | | |
| 1120. | | | | | Sold | 11/03/17 | J | | |
| 1121. -VZ VERIZON COMMUNICATIONS | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1122. | | | | | Sold | 11/03/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. -DIS WALT DISNEY CO | | None | | | Buy | 08/22/17 | J | | |
| 1124. | | | | | Sold | 11/03/17 | J | | |
| 1125. -WFC WELLS FARGO & CO | | None | | | Buy | 08/22/17 | J | | |
| 1126. | | | | | Sold | 11/03/17 | J | | |
| 1127. -XLNX XILINX INC | | None | | | Buy | 08/22/17 | J | | |
| 1128. | | | | | Sold | 11/03/17 | J | | |
| 1129. -XRX XEROX CORP | A | Dividend | | | Buy | 08/22/17 | J | | |
| 1130. | | | | | Sold | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

44 and 50 Not listed in Section VII and reasons therefore:

1. Trust No. 1: Trust account for trust related expenses.

2. Trust No. 2: Trust account created for benefit of filer.

3. Trust Nos. 3, 4: Trust created for the benefit of third parties for which filer was designated as a "trustee" consistent with the controlling Canons of Judicial Conduct, No. 4(e). Filer has no financial interest in the assets of these trusts, no knowledge of manner in which the principal is invested, and no control or influence of any kind over investment decisions related to the assets held in this trust. Rather, filer's sole fiduciary responsibility is limited to the exercise of veto power for requests made by beneficiaries to Trust Nos. 3 or 4 to incur extraordinary expenses as specifically defined by trust document. To reiterate, filer has no fiduciary responsibilities over the management or investment of the "trust" assets, nor does she have any beneficial interest of any kind in Trust No. 3 and 4.

4. Partnership No. 1: real estate assets for which filer has potential future interest when and if partnership real estate interests are sold. Filer has no direct or indirect control over holdings, and cannot influence policy or other decisions which affect the purchase, exchange, sale or disposition of the partnership assets.

5. Brokerage account no. 6 was merged in 2013 with another account (see 2013 FDR), and no longer exists.

6. Regarding brokerage account nos. 7, 8, and 9, after consulation with a representative from the Washington, D.C. FDR Office, the delivery of shares of Hutchinson Whampoa (HUWHY), receipt of new shares of CK Hutchinson Holdings (CKHUY), and related dividents and returns of capital were noted as follows:

a. HUWHY was held in three accounts on 12/31/15.
b. HUWHY paid a divident in the three accounts in 2015.
c. There was a reorganization (mandatory exchange) on 6/19/15 which resulted, for all three accounts, in the following:

i. All shares of HUWHY were surrendered. This was noted in D(1) as "Distributed" on 6/19/15 (D2) and the dollar value of the "Distributed" shares was noted in D(3). This was not a taxabe event and there were no capital gains or losses.
ii. There was a "return of capital" which was noted in the following row. The amount of the ROC was noted in B(1) and the type was noted as a distribution in B(2).
iii. In addition to the return of capital, shares of CKHUY were received (6/19/2015). There was a subsequent divident paid by CKHUY which was ntoed in B(1) and B(2). In all three accounts, shares of CKHUY were owned on 12/31/2015. The value was noted in C(1) and C(2). The acquisition of shares of the CKHUY was noted in D(1) as a spinoff from HUWHY, on 6/19/15(D2) and the dollar value of the shares of CKHUY which were received was noted in D(3).

7. In Part VII, lines 54 and 62, William Blair Large Cap Growth I and MainStay Marketfield I are listed. Both of these assets were acquired on 12/31/2013. The William Blair Large Cap Growth I was acquired for $10.33 per share, for an aggregate total purchase price of $7,234.61. The MainStay Marketfield I asset was acquired on the same date for $18.52 per share, for a total of $7,234.64.

8. PCP (Precision Castparts) was fully acquired, for cash, by Berkshire Hathaway, on February 1, 2016. This acquisition was taxable and was listed on 1099s as a salee. It is listed, in several accounts, as a sale in section D.

9. Note that line #143, listing SPY in brokerage account #5 does not have a corresponding acquisition listed on the 2015 FDR. This was an error. The 2015 report listed account #5 as holding cash at year-end. It should have listed the following: Column A: -SPY SPDR S&P 500 ETF; Column B(1): A; Column B(2): Divident; Column C(1): J; Column C(2): T; Clumn D(1): Buy; Column D(2): 03/13/15; Column D(3): J.

10. Note that COSWF was 100% acquired by SU (Suncor) on March 24, 2016. This was a non-taxable transaction, in which COSWF shareholders relinquished their shares, which were exchanged for SU shares. The manner in which the 2016 FDR reports these holdings for all accounts was suggested by FDR staff on 7/27/2017.

11. Note that the increase in cash, held in brokerage account Nos. 8, 11, 12, and trust account No. 1 was due to inheritance in 2016.

12. In Part VII, line 1 is a heading only.

13. In Part VII, line 2, the Vanguard "Ca. Municipal Money Market Fund" is the same as the 2015 Vanguard "Ca. Tax Exempt Money Market Fund." The name of the Fund was changed by Vanguard sometime after the filing of the 2015 Report.

14. In Part VII, lines 79-93, the assets were acquired in trust through inheritance in 11/2016. The equities are not listed at line 86, as they were transferred to other accounts in 2017, and will be listed separately in my 2017 Financial Disclosure.

15. Part VII, lines 711-72, these accounts were transferred to TDAmeritrade on 11/10/2010, and were inadvertenly excluded from earlier filed Financial Disclosure reports.

16. Part VII, lines 10-12, these accounts were sold in March 2012 for the Total International Stock Admiral and Total Bond Market Index Admiral (lines 10 and 11), and in June 2012 for the Total Stock Market Index Admiral (line 12). This information was inadvertently not included in earlier Financial Disclosure reports. The 01/01/16 dates were included in the current submission as the system would not permit recordation of an earlier correct date.

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 12/02/2019 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

17. Part VII, lines 19, 20 and 24, these assets were distributed on 2/24/2014, 1/1/2015, and 1/1/15, respectively. The same is true for lines 38-40, which were distributed on 8/12/15. This information was inadvertently not inclued in earlier Financial Disclosure reprots. The 01/01/216 dates were included in the current submission as the system would not permit recordation of the earlier correct dates.

18. In the 12/19/2017 letter from Judge Trenga, reference is made in the third paragraph on page one to a request for additional information for Part VII, line 332. I believe that a correction was instead requested for line 32, as there is in line 332 in the report. Accordingly, I have incorporated a correction to Line 32 into this amended report.

19. Part VII, line 62, assets from this Mainstay Marketfield I were moved, 50/50% on 4/8/2016 to Janus I (line 53) and William Blair Large Cap Growth I (line 54).

20. Part VII, assets listed in lines 20, 24, were distributed on 7/1/15, and for lines 38 and 39 were distributed on 8/12/15 to make college tuition payments.

11. Brokerage Account #3 was merged with Brokerage Account #2 on 4/3/17. This is recorded as "sold" in Account #3's holding, a cash balance, and "bought" on line 24 in Account #2. An examiner instructed us to handle merged accounts in this manner during a phone conversation the week of 5/28, and again on 6/11. No capital gain is recorded, as no capital gain was realized.

12. Brokerage Account #8 was merged with Brokerage Account #2 on 11/3/2017. This is reflected in the "buy" transactions in Account #7 and "sell" transactions in Account #8. The "sell" transactions have no captial gains because they were transferred to a like-titled account, not sold in taxable transactions. This method of recording the merged accounts was recommended by an examiner telephonically during the week of 5/28 and confirmed on 6/11.

13. Brokerage Account #12 was also merged with Brokerage Account #7 on 11/3/17. This is reflected in the "buy" transactions in Account #7 and "sell" transactions in Account #8. The sell transactions have no capital gains because they were transferred to a like-titled account, not sold in taxable transactions. This meethod of recording the merged accounts was perscribed telephonically by an examiner during the week of 5/28, and confirmed on 6/11.

14. In response to the October 3, 2019 inquiry letter regarding my 2017 FDR report, I have added in this report lines 49-51 in Part VII. For line 52, Part VII, I have added asset "Schwab Value Advantage Money Ultra", which was referenced at line 67 of my 2016 Report. Note that information related to this asset in line 52 has been left blank, as I did not personally sell this holding. Because this is a 401(k) fund, and any changes to the holdings were made by my prior employer, Duane Morris. Upon my inquiry to respond to your letter, Schwab was unable to determine the date on which this holding in the fund was terminated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 73 of 73 | Crawford, Karen S. | 12/02/2019 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen S. Crawford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544